E. CLEMENS HORST CO., INC., Appellant, *v.* HITTLEMAN GOLDENROD BREWERY, INC., et al., Respondents.

Argued January 20, 1938; decided March 1, 1938.

*Chauncey B. Garver, Arnold E. Monetti* and *George W. Moorhead* for appellant.

*Bertrand Ettinger* and *Edward Circus* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.